**David L. MEYER, Appellant,**

v.

**Indira MEYER, Respondent.**

**No. ED 98822.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 13, 2013.

Melissa A. Featherston, Erin M. Zielinski, Saint Louis, MO, for Appellant.

Richard B. Dempsey, Jr., Clayton, MO, for Respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J. and GLENN A. NORTON, J.

### *ORDER*

PER CURIAM.

David L. Meyer appeals the judgment dissolving his marriage to Indira Meyer. No error of law appears.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).

■

**Byron EWING, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 98494.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Aug. 13, 2013.

Edward Scott Thompson, Missouri Public Defender Office, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, Daniel N. McPherson, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before ROBERT M. CLAYTON, III, C.J., GARY M. GAERTNER, JR., J., and MICHAEL K. MULLEN, Sp. J.

### *ORDER*

PER CURIAM.

Byron Ewing appeals the judgment denying his Rule 29.15 motion for postconviction relief after an evidentiary hearing. The motion court did not clearly err in denying Ewing's request for post-conviction relief. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).